FORM B5
(12/02)

| United States Bankruptcy Court | INVOLUNTARY |
|---|---|
| Western _____ District of __New York__ | PETITION |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)  RUDIN, Michael B. | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|

| SOC. SEC./TAX I.D. NO. (If more than one, state all.)  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 | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)  3760 Rush-Mendon Road  Mendon, New York  14506  COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS  Monroe | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7          [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
- [ ] Debts are primarily consumer debts
- [X] Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
- [X] Individual        [ ] Corporation Publicly Held
- [ ] Partnership       [ ] Corporation Not Publicly Held
- [ ] Other: _____

A. TYPE OF BUSINESS (Check one)
- [X] Professional       [ ] Transportation   [ ] Commodity Broker
- [ ] Retail/Wholesale   [ ] Manufacturing/   [ ] Construction
- [ ] Railroad               Mining           [ ] Real Estate
-                        [ ] Stockbroker      [ ] Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

**Former attorney; officer and director of Bristol Group of New York, Ltd.**

## VENUE

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
## OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

1.  [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2.  [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
                                or
b.  [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

U.S. BANKRUPTCY COURT
W.D.N.Y. - ROCHESTER
03 DEC 12 AM 8:58
FILED

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

Dale E. Baker    December 12, 2003
Name of Petitioner          Date Signed

Name & Mailing          Shorebird Apartments
Address of Individual   1362 South Vineyard
Signing in Representative  Apt. 1118
Capacity                Mesa, Arizona 85210

X _Thomas J. Wrath_____
Signature of Attorney          Date
Jaeckle Fleischmann & Mugel, LLP
Name of Attorney Firm (If any)
39 State Street, Suite 200, Roch., NY 14614
Address
(585) 262-3640
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner          Date Signed

Name & Mailing
Address of Individual   _____
Signing in Representative
Capacity                _____

X _____
Signature of Attorney          Date

_____
Name of Attorney Firm (If any)

Address _____

Telephone No.

X _Karen Volturno_____
Signature of Petitioner or Representative (State title)
Karen Volturno          December 11, 2003
Name of Petitioner          Date Signed

Name & Mailing          154 New Wickham Drive
Address of Individual   Penfield, NY 14526
Signing in Representative
Capacity                _____

X _____
Signature of Attorney          Date

_____
Name of Attorney Firm (If any)

Address _____

Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dale E. Baker, Shorebird Apartments 1362 South Vineyard, Apt. 1118, Mesa, AZ 85210 | Fraud, breach of Securities Agreement | $144,000 plus atty fees + interest |
| Karen Volturno, 154 New Wickham Drive Penfield, NY 14526 | Restitution, grand larceny, 3rd degree | $43,062.16 |
| | | |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims $187,062.16 plus atty fees & interest |
|---|---|

_____ continuation sheets attached

FILED
03 DEC 12 AM 8:58
U.S. BANKRUPTCY COURT
W.D.N.Y. - ROCHESTER